UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-23259-CV-LENARD/TURNOFF

MARGARRETTE FRANCIS DIEUDONNE,
et al.,

      Plaintiffs,

v.

OPTION ONE MORTGAGE CORPORATION,
et al.,

      Defendants.

_____/

## ORDER OF REMAND

    **THIS CAUSE** is before the Court upon Plaintiff's Motion for Remand **[DE55]**, the Removal

Defendants' Notice of Voluntary Remand **[DE52]**, and an Order of Referral entered by the Honorable

Joan A. Lenard on October 8, 2010. A status conference/hearing on these Motions took place before

the undersigned on Monday, November 8, 2010.

    Consistent with the Court's findings, as stated in open Court, and in light of the Removal

Defendants' Notice of Voluntary Remand **[DE 52]** it is hereby **ORDERED AND ADJUDGED** that

Plaintiffs' Motion for Remand **[DE55]** is **GRANTED**. This case is hereby **REMANDED** to the

Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The Clerk is

directed to take all necessary steps and procedures to effect remand of the above-captioned action.

    All other pending Motions are hereby **DEEMED MOOT**. This case is now **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of November 2010.

                                  **WILLIAM C. TURNOFF**
                                  **UNITED STATES MAGISTRATE JUDGE**

cc:    Hon. Joan A. Lenard
       Counsel of Record